DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FLORIDA STANDARDBRED BREEDERS AND OWNERS ASSOCIATION, INC.,**
Appellant/Cross Appellee,

v.

**DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION, DIVISION OF PARI-MUTUEL WAGERING** and **PPI, INC.,**
Appellees/Cross Appellants.

Nos. 4D20-0945 and 4D20-1387

[July 29, 2021]

Consolidated appeal and cross-appeal from the Division of Administrative Hearings; L.T. Case Nos. 19-0267RU, 18-0056339 and 2018-59148.

Bradford J. Beilly and John Strohsahl of Beilly & Strohsahl, P.A., Ft. Lauderdale, for appellant/cross appellee.

Joseph Yauger Whealdon, III, Chief Legal Counsel Department of Business & Professional Regulation, Tallahassee, for appellee Florida Department of Business and Professional Regulation, Division of Pari-Mutuel Wagering.

Leonard M. Collins of GrayRobinson, P.A., Tallahassee and M. Stephen Turner of Nelson Mullins Broad and Cassel, Tallahassee, for appellee/cross appellant PPI, Inc.

PER CURIAM.

*Affirmed.* The cross-appeal is dismissed as moot.

FORST, KLINGENSMITH and ARTAU, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*